1. Salvatori Avini (Full Name)
2. P.O. Box 12243 (Address Line 1)
3. La Crescenta (Address Line 2)
4. California 91224 (Phone Number)
5. Plaintiff in Pro Per

FILED
2020 FEB 21 PM 3:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Related DDJ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Salvatori Avini,
   Plaintiff,
vs. City of Huntington Park Police Department Det. Ozzie Cervantes, Lt. Neil Castelli, Chief Cosme Lozano in their Individual Official Capacities & Does 1-10, Defendant(s). Inclusive

Case No. CV20-1710-SVW(AGR)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☑ Yes  ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Fourth, Fifth, Sixth, Eighth And Fourteenth Amendment False Imprisonment.

## III. PARTIES

3. Plaintiff  Salvatori Avini  resides at:
   *(your full name)*
   P.O. Box 12243 LA Crescenta, Calif 91224
   *(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant  DeT: Ozzie Cervantes,  works at
   *(full name of Defendant)*
   Huntington Park Police Department.
   *(Defendant's place of work)*

Defendant's title or position is  Detective AT Huntington Park Police.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: Detective Ozzie Cervantes enforcing the Law with False Arrest tactics without Probable Cause.

5. Defendant  Lieutenant Neil Costelli  works at
   *(full name of Defendant)*
   Huntington Park Police Department.
   *(Defendant's place of work)*

Defendant's title or position is  Lieutenant Huntington Park Police
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: LT: Neil Costelli enforcing the Law with false Arrest tactics without probable Cause

2
*Page Number*

1  ___. Defendant __Chief Cosme Lozano_____ works at
   Insert ¶ #         (full name of Defendant)
2
3  __Huntington Park Police Department_____.
                     (Defendant's place of work)
4
   Defendant's title or position is __Chief of Hunington parkpolice__.
5                                    (Defendant's title or position at place of work)

6
7  This Defendant is sued in his/her (check one or both):
       ☐ individual capacity              ☑ official capacity
8

9  This Defendant was acting under color of law because __Chief Cosme__
10 __Lozano is Allowing officers & Detectives to__
11 __Enforcing the Law with False Arrest tactics Without__
12 __probable Cause.__
13

14

15

16
   ___. Defendant _____ works at
17 Insert ¶ #         (full name of Defendant)
18 _____.
19                   (Defendant's place of work)

   Defendant's title or position is _____.
20                                  (Defendant's title or position at place of work)
21

22 This Defendant is sued in his/her (check one or both):
       ☐ individual capacity              ☐ official capacity
23

24
25 This Defendant was acting under color of law because _____
26 _____
27 _____
28 _____

Pro Se Clinic Form

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Huntington Park Police Department Detective Ozzie Cervantes Had A False Story to Arrest Salvatori Avini and Tried to Cover up the False Story by getting False witness to Lie For his story in Court but Forgot one thing his witness Doesn't speak english and I only speak english. Detective Ozzie Cervantes was Trying to cover all the angles to Lie that, Det: Cervantes speaking to his witness in his native Tongue. Spanish.

2. Lieutenant Neil Costelli I complain to him to tell Detective Ozzie Cervantes to Not set me up. Lieutenant Neil Costelli encouraged the harassment. From Huntington Park Police Department.

3. Chief Cosme Lozano of the Huntington Park Police Department Allowed his officers & Detectives To Break The Law When I Came To him.

Pro Se Clinic Form

4

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

4. Compensated for everything I've lost And the hardship that I'm going through And punitive damages.

Dated: 2/11/2020

Sign: Salvato Avini

Print Name: Salvatori Avini

5

Pro Se Clinic Form        Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 2/11/2020
Sign: *[signature]*
Print Name: SalvaTori avini